UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE # 1:20-CV-00189-MR

FILED
ASHEVILLE, N.C.
NOV 19 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

JASAN E. MCCLELLAN et al
Plaintiff,

vs.

CALEB M. DAVIS et al,
Defendant.

Civil Action No. 1:20-CV-00189-MR

MOTION FOR DEFAULT JUDGMENT

Plaintintiff move this court for a Judgment by default in this action, and show that the complaint in the above case was filed in this court on the date of July 10, 2020. [Doc. 1]. On April 27, 2021 Plaintiff's Third Amended complaint [Doc. 28] survived initial review as to Plaintiff's claims against Defendants Todd Schetter and Caleb Davis for their failure to protect under the eight Amendment [Doc. 29]. The summons was and complaint were duly served on Defendant Caleb Davis on the date of April 27, 2021, making waiver of service due by June 28, 2021 [Doc. 31]. Basically, Defendant Schetter was served by summons on May 9, 2021, [Doc. 34] No answer or other defense has been filed by Defendant Caleb Davis while Defendant Todd Schetter did adventually respond within court ordered time frame. Default "upon information and belief" I believe was entered in the civil docket in the office of this clerk on the date or around August 27, 2021 [See 6/28/2021 Docket Entry]. No proceedings have been taken by Defendant Caleb Davis since the default was entered; Defendant was was not in military survice and is not an infant or incompetent as appears in the declaration of JASAN EVANTS MCCLELLAN submitted herewith.

whereFore, Plaintiff moves that this court make and enter a judgment that granting plaintiff;

#1) Punitive damages in the amount of $10,000 against Defendant CALEB DAVIS.

#2) Compensatory damages in the amount of of $9,000 or less against Defendant CALEB DAVIS in both his individual and/or official capacity.

#3) Any additional relief this courts deems Just, proper and equitable.

This the 16th Day of November 2021.

_Jason E. McClellan_
Plaintiff's Signature

Plaintiff's Name and Address; Jason E. McClellan, OPUS#0512345
Marion Correctional Inst.
355 old Glenwood Road
Marion, N.C. 28752.